IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BOBBY E SOLOMON,

    Plaintiff,

v.                                        CASE NO. 1:09-cv-00183-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 7, regarding the Complaint filed by Bobby E. Solomon, Doc. 2, and the Motion to Remand filed by Michael J. Astrue, Doc. 6. The Magistrate Judge has recommended that Defendant's Motion to Remand be granted, and this cause be remanded to the Commissioner. No party has objected, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 7, is ADOPTED and incorporated herein.

2. The Defendant's Motion to Remand, Doc. 6, is GRANTED.

3. This cause is REMANDED to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings by the Appeals Council.

4. The parties are directed to file a Status Report on or before February 19, 2010, advising the Court of the status of the administrative proceedings, and file additional status reports every ninety days thereafter until the administrative proceedings are concluded.

    **DONE AND ORDERED** this   *21st* day of December, 2009

   *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge