IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BOBBY E. SOLOMON,

    Plaintiff,

v.                                    CASE NO. 1:09-cv-00183-MP-MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 18, 2011. (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The final decision of the Commissioner of Social Security to deny disability insurance benefits after August 16, 2005 is AFFIRMED.

**DONE AND ORDERED** this  *19th* day of November, 2012

                                            *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge